1

2

3

4

# UNITED STATES  DISTRICT COURT

5

## Northern District of California

6

7   CHARLES KEVIN COOPER,

                                        No.  CV10-5682 MEJ
8                    Plaintiff,

            v.

9                                        **ORDER RE: CASE STATUS**

    JAGUAR LAND ROVER NORTH
10  AMERICA, LLC,

11                   Defendants.

    _____/

12

13        Pursuant to the scheduling order issued on in this case on March 7, 2011, all dispositive

14  motions were to be filed by October 27, 2011.  Dkt. No. 9.  As no motions have been filed, and no

15  docket activity has occurred since the March 7 scheduling order, the Court ORDERS the parties to

16  file a joint case status report by November 17, 2011.

17        **IT IS SO ORDERED.**

18

19  Dated: November 2, 2011

20                                        _____
                                          Maria-Elena James
                                          Chief United States Magistrate Judge
21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**