DONALD F. SETH, ESQ.
SBN 92318
2200 Range Ave., Suite 202
Santa Rosa CA  95403
Tel:  (707) 545-6370
Fax: (707) 545-9770
Email: donaldfseth@gmail.com

Attorney for Plaintiff
CHARLES KEVIN COOPER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES KEVIN COOPER,<br><br>     Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br>PRESS ON REGARDLESS, INC.,<br>et al.<br><br>     Defendants.<br>_____/ | No.  CV10-05682 MEJ<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Assigned Judge: Hon. Maria-Elena James<br>Chief United States Magistrate Judge |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff CHARLES KEVIN COOPER and all Defendants, JAGUAR LAND ROVER NORTH AMERICA, LLC, and PRESS ON REGARDLESS, INC., through their respective counsel of record, that the complaint against all Defendants, including all DOE defendants, shall be dismissed with prejudice.

Dated:  November 2            , 2011         LAW OFFICE OF DONALD F. SETH


                                              By: /s/ Donald F. Seth
                                                  DONALD F. SETH
                                                  Attorney for Plaintiff

Dated:  November 2           , 2011          BOWMAN AND BROOKE, LLP

By:  \s\ Brian Takahashi - original signature attached
   BRIAN TAKAHASHI
   SEAN A. RAMIA
   RYAN A. MC CARTHY
   Attorneys for Defendants JAGUAR LAND ROVER NORTH AMERICA and PRESS ON REGARDLESS, INC.

**ORDER**

GOOD CAUSE APPEARING, IT IS ORDERED that the complaint is hereby dismissed against all Defendants with prejudice.

Dated: November 4, 2011 _____, 2011

_____
MARIA-ELENA JAMES
CHIEF UNITED STATES MAGISTRATE JUDGE

Dated: November 2, 2011

BOWMAN AND BROOKE, LLP

By: _____
BRIAN TAKAHASHI
SEAN A. RAMIA
RYAN A. MC CARTHY
Attorneys for Defendants JAGUAR LAND ROVER NORTH AMERICA and PRESS ON REGARDLESS, INC.

## ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that the complaint is hereby dismissed against all Defendants with prejudice.

Dated: _____, 2011

MARIA-ELENA JAMES
CHIEF UNITED STATES MAGISTRATE JUDGE

-2-

-3-